IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

MARQUIES A. BRISBANE,

      Appellant,

v.                                                                                Case No.  5D16-3223

STATE OF FLORIDA,

      Appellee.

_____/

Opinion filed January 27, 2017

3.850 Appeal from the Circuit Court
for Orange County,
Keith A. Carsten, Judge.

Marquies A. Brisbane, Malone, pro se.

No Appearance for Appellee.


PER CURIAM.

Marquies Brisbane appeals the summary denial of his motion for postconviction relief filed pursuant to Florida Rule of Criminal Procedure 3.850.  Because Brisbane's first two claims were not conclusively refuted by the record, we reverse and remand for the trial court to either attach records refuting the claim or to hold an evidentiary hearing.  We affirm as to Brisbane's other claims.

AFFIRMED, in part; REVERSED, in part; and REMANDED.

EVANDER, BERGER and LAMBERT, JJ., concur.